IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE ZUCKERMAN-PARKER, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WEST PENN ALLEGHENY HEALTH )<br>SYSTEM-ALLEGHENY SINGER )<br>RESEARCH INSTITUTE, ET AL., )<br>    Defendants. ) | Civil Action No. 11-753 |

ORDER

AND NOW, this 30th day of September, 2011, the Court having received plaintiff's Amended Complaint [document #13], IT IS HEREBY ORDERED that defendants' Motions to Dismiss for Failure to State a Claim [documents #5 & #8] are DENIED AS MOOT, without prejudice.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:   All parties of record