IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHELLE ZUCKERMAN-PARKER, )
     Plaintiff, )
 )
v. ) Civil Action No. 11-753
 )
WEST PENN ALLEGHENY HEALTH )
SYSTEM-ALLEGHENY SINGER )
RESEARCH INSTITUTE, ET AL., )
     Defendants. )

## ORDER

AND NOW, this 30th day of September, 2011, the Court having received plaintiff's Amended Complaint [document #13], IT IS HEREBY ORDERED that defendants' Motions to Dismiss for Failure to State a Claim [documents #5 & #8] are DENIED AS MOOT, without prejudice.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All parties of record