IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE ZUCKERMAN-PARKER, | ) | No. 2:11-cv-00753 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Honorable Gary L. Lancaster |
| | ) | |
| WEST PENN ALLEGHENY HEALTH SYSTEM – ALLEGHENY SINGER RESEARCH INSTITUTE and the COMMUNITY COLLEGE OF ALLEGHENY COUNTY, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this 5th day of Dec, 2011, Defendant Community College of Allegheny County's Motion to Permit Insurer Representative to Participate at December 19, 2011 Mediation via Telephone is **GRANTED**.

BY THE COURT:

_____, C.J.
Gary L. Lancaster
Chief United States District Judge